Case 4:25-cv-00937   Document 12   Filed on 07/11/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 11, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NATIONSTAR MORTGAGE LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-00937 |
| | § | |
| APRIL MARIE PALERMO, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is United States Magistrate Judge Dena H. Palermo's Report and Recommendation filed on June 17, 2025. Doc. #11. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Report and Recommendation in its entirety.[1]

Accordingly, pursuant to Federal Rule of Civil Procedure 4(m), this case is hereby DISMISSED without prejudice.

It is so ORDERED.

__JUL 1 1 2025__
Date

The Honorable Alfred H. Bennett
United States District Judge

---

[1] The Court notes that, although the body of the Report and Recommendation correctly recommends dismissal *without* prejudice pursuant to Federal Rule of Procedure 4(m), the conclusion states that the case should be dismissed *with* prejudice. *See* Doc. #11 at 3. The Court construes this as a typographical error and adopts the recommendation as a dismissal without prejudice.